| | |
|---|---|
| 1 | **ART HASAN, CA Bar No. 167323** |
| | ahasan@lrrc.com |
| 2 | **ANNE WANG, CA Bar No. 151000** |
| | awang@lrrc.com |
| 3 | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| | **655 N. Central Avenue, Suite 2300** |
| 4 | **Glendale, California 91203-1445** |
| | **Telephone: (626) 795-9900** |
| 5 | **Facsimile: (626) 577-8800** |
| 6 | Attorneys for Plaintiff, |
| | TIMELY INVENTIONS, LLC |
| 7 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMELY INVENTIONS, LLC, a Delaware Limited Liability Company, | | Case No. 2:17-cv-08871-AB-RAO |
| Plaintiff, | | **FIFTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | | Complaint Served: Dec. 27, 2017 |
| COBRA ELECTRONICS CORPORATION, a Delaware Limited Liability Company, | | Current Response Due: Mar. 14, 2018 |
| | | New Response Due: Mar. 28, 2018 |
| Defendant. | | **Hon. André Birotte Jr.** |

Plaintiff Timely Inventions, LLC ("Plaintiff") and Defendant Cobra Electronics Corporation ("Defendant") hereby stipulate to extending Defendant's deadline to respond to Plaintiff's Complaint to March 28, 2018. Good cause exists for extending the response date as the parties are engaged in substantive settlement discussions, have exchanged proposed terms for settlement and are composing an agreement. Prior to entering into this stipulation, the deadline to file a response was March 14, 2018.

//

//

//

1  This is the parties' fifth stipulation for an extension of time for Defendant
2  to file a response to the Complaint.  This extension will result in no undue delay
3  to discovery or trial date, and no party will be prejudiced by such an extension.

4

5  Dated:  March 14, 2018            Respectfully submitted,
6                                     LEWIS ROCA ROTHGERBER
                                      CHRISTIE LLP
7

8                                     By  /s/Art Hasan
                                          Art Hasan
9
                                      Attorneys for Plaintiff,
10                                    TIMELY INVENTIONS, LLC

11

12                                    HITCHCOCK EVERT LLP

13                                    By:  /s/ Megan O'Laughlin
                                           Megan O'Laughlin
14
                                      Attorneys for Defendant
15                                    COBRA ELECTRONICS
                                      CORPORATION
16

17
L.R. 5-4.3.4(a)(2)(i) Certification:
18

19     Megan O'Laughlin concurs
       in this filing's content and has
20     authorized the ECF filing of same.

21  By:   /s/ Art Hasan
          Art Hasan
22

23

24

25

26

27

28  SRD 104354416.1-*-03/14/2018 3:38 PM

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Lewis Roca
ROTHGERBER CHRISTIE